AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>*Plaintiff(s)*<br>v.<br>CARLA GORDON d/b/a GAMEDAY SPORTS BAR;<br>LORI A. MCDEVITT d/b/a/ GAMEDAY SPORTS BAR; and GAMEDAY PARTNERS, LLC d/b/a GAMEDAY SPORTS BAR<br>*Defendant(s)* | Civil Action No. 1:13-cv-3038 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carla Gordon
1050 E. Piedmont Road
Marietta, GA 30062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   W. Anthony Collins , Jr.
8565 Dunwoody Place
Building 15 Suite B
Atlanta, GA 30350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*



Date:  09/12/2013
~~09/09/2013~~

_s/Joyce White_
*Signature of Clerk or Deputy Clerk*