AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-03038-RWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GAMEDAY PARTNERS, LLC
was received by me on *(date)* 9/12/2013 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lori A. McDevitt , who is
designated by law to accept service of process on behalf of *(name of organization)* GAMEDAY PARTNERS, LLC
_____ on *(date)* 4/12/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 4/12/2014

*Server's signature*

Matthew W. Herrington, Ga. Bar No. 275411
*Printed name and title*

SMITH COLLINS, LLC, 8565 Dunwoody Place, Building 15, Suite B, Atlanta, Georgia 30350

*Server's address*

Additional information regarding attempted service, etc: