# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JOE HAND PROMOTIONS,     :
INC.,     :
     :
     Plaintiff,     :
     :     CIVIL ACTION NO.
v.     :     1:13-CV-3038-RWS
     :
CARLA GORDON, Individually,     :
and as officer, director,     :
shareholder, and/or principal of     :
Gameday Partners, LLC d/b/a     :
Gameday Sports Bar, *et al.*     :
     :
     Defendants.     :


## ORDER

On July 1, 2014, the Court entered an Order [18] striking the Answers of

Defendants and ordering Defendant Game Day Partners, LLC, d/b/a/ Gameday

Sports Bar ("Gameday") to have an attorney enter an appearance on its behalf

and file an answer within fourteen (14) days and ordering Defendants Carla

Gordon ("Gordon" ) and Lorrie McDevitt ("McDevitt") to file an answer in

compliance with Rule 8b within fourteen (14) days. On July 14, 2014,

Defendants filed motions for extension of time [19, 20, and 21] within which to

comply with the Court's July 1 Order. On August 7, 2014, the Court entered an Order [23] denying Defendants' Motions for Extension of Time and ordering Defendants to comply with the Court's July 1 Order not later than August 15, 2014.

The deadline has passed, and Defendants have not complied with the Court's July 1, 2014 Order. Therefore, the Court finds that each of the Defendants is in default and **ORDERS** that the Clerk enter a default as to each Defendant on the record.

**SO ORDERED**, this _ 19th _ day of August, 2014.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)