

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, | : |
| | : |
| Plaintiff, | : |
| | :   CIVIL ACTION |
| v. | :   NO.  1:13-CV-3038-RWS |
| | : |
| CARLA GORDON, LORI A. MCDEVITT | : |
| and GAMEDAY PARTNERS, LLC, | : |
| | : |
| Defendants. | : |

### NOTICE OF DAMAGES HEARING

The above civil action is hereby set for a damages hearing before the Honorable Richard W. Story, on Thursday, November 13, 2014 at 9:30 a.m., in Courtroom 2105, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia.  All parties are hereby ordered to appear for the hearing.

This the 9th day of October, 2014

By Direction of the Court
s/Rick Goss
**Courtroom Deputy Clerk**
**(404) 215-1349**